UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CERCO, INC., also known as and doing business as CERCO ENGINEERING, a California corporation; CESAR EUGENIO RIFFO, an individual; THE WESTERN SURETY COMPANY, a South Dakota corporation<br><br>Defendants. | No.: 2:20-cv-08242 JAK(AFMx)<br><br>JUDGMENT PURSUANT TO STIPULATION AGAINST DEFENDANT CERCO, INC. (DKT. 62)<br><br>JS-6 |

Based on a review of the Stipulation for (1) Entry of Several Judgment Against Cerco Inc. and for a (2) Conditional Dismissal as to Cesar Riffo Without Prejudice with the Court to Retain Jurisdiction over this action (the "Stipulation" (Dkt. 62)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

//

IT IS HEREBY ORDERED that:

Judgment is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, Southern California Partnership For Jobs Trust Fund (hereinafter collectively "TRUST FUNDS"), and against CERCO, INC., a California corporation also known as and doing business as CERCO ENGINEERING, for unpaid fringe benefit contributions, liquidated damages, audit fees and interest through December 16, 2021 and attorney's fees as follows: for the principal sum of $121,278.49 and $5,000.00 in attorney's fees covering the period from January 1, 2017 to April 30, 2021.

**IT IS SO ORDERED.**

DATED: February 16, 2022

John A. Kronstadt
United States District Judge