1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CERCO, INC., et al.,<br><br>　　　　Defendants. | No. 2:20-cv-08242-JAK (AFMx)<br><br>**AMENDED JUDGMENT NUNC PRO TUNC PURSUANT TO STIPULATION AGAINST CERCO, INC., AND CESAR EUGENIO RIFFO (DKT. 78-1)** |
|---|---|

　　Based on a review of the Stipulation of Entry of an Amended Judgment Nunc Pro Tunc Against CERCO, INC., and CESAR EUGENIO RIFFO (the "Stipulation" (Dkt. 78-1)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** and this Amended Judgment Nunc Pro Tunc is issued.

//
//
//
//
//

1

IT IS HEREBY ORDERED that:

The Judgment entered against CERCO, INC., on February 16, 2022 (Dkt. 65), is amended, by this Amended Judgment Nunc Pro Tunc, which is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, Southern California Partnership For Jobs Trust Fund (hereinafter collectively "TRUST FUNDS"), and against CERCO, INC., a California corporation also known as and doing business as CERCO ENGINEERING, for the principal sum of $76,105.68 and interest in the sum of $3,789.38 and CESAR EUGENIO RIFFO, an individual, for the principal sum of $41,431.41 and interest in the sum of $2,062.92, individually, jointly and severally liable for unpaid fringe benefit contributions, liquidated damages, audit fees and interest covering the period from January 1, 2017 to August 15, 2024.

**IT IS SO ORDERED.**

Dated: August 30, 2024

_____
John A. Kronstadt
United States District Judge