1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>CERCO, INC., also known as and doing business as CERCO ENGINEERING, a California corporation; CESAR EUGENIO RIFFO, an individual;<br><br>    Defendant. | CASE NO.: 2:20-cv-08242 JAK(AFMx)<br><br>**[PROPOSED]**<br><br>**1. ORDER CORRECTING AMENDED JUDGMENT NUNC PRO TUNC PURSUANT TO STIPULATION AND FOR ENTRY OF SECOND AMENDED JUDGMENT NUNC PRO TUNC; and**<br><br>**2. FOR ENTRY OF SECOND AMENDED JUDGMENT NUNC PRO TUNC PURSUANT TO STIPULATION**<br><br>[HON. JOHN A. KRONSTADT] |

Based on a review of Plaintiff's Application to Correct a Clerical Error in the Amended Judgment Nunc Pro Tunc entered on August 30, 2024 [docket no. 82] and (2) For Entry of a Second Amended Judgment Nunc Pro Tunc, sufficient good cause has been shown for the relief sought. Therefore, the Application is APPROVED.

IT IS HEREBY ORDERED that:

1

A Second Amended Judgment Nunc Pro Tunc shall be entered against Defendant CERCO, INC., also known and doing business as CERCO ENGINEERING, a California corporation; and against CESAR EUGENIO RIFFO, an individual.  The Proposed Second Amended Judgment Nunc Pro Tunc Pursuant to Stipulation and submitted to the Court is therefore approved and will be entered by the Court.

Dated:

                                    HON. JOHN A. KRONSTADT
                            UNITED STATES DISTRICT JUDGE

560471.3