**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CERCO, INC., et al.,<br><br>Defendants. | No. 2:20-cv-08242-JAK (AFMx)<br><br>**SECOND AMENDED JUDGMENT NUNC PRO TUNC PURSUANT TO STIPULATION AGAINST DEFENDANTS CERCO, INC., AND CESAR EUGENIO RIFFO** |

Based on a review of the Application for Order Correcting Clerical Error in Amended Judgment Nunc Pro Tunc Pursuant to Stipulation and for Entry of Second Amended Judgment Nunc Pro Tunc (the "Application" (Dkt. 84)), sufficient good cause has been shown for the requested relief. Therefore, the Application is **GRANTED** and this Second Amended Judgment Nunc Pro Tunc is issued.

//

//

//

//

1

1  //

2  IT IS HEREBY ORDERED that:

3  A Second Amended Judgment Nunc Pro Tunc shall be entered against Defendant CERCO, INC., a California corporation, also known as and doing business as CERCO ENGINEERING, ("CERCO") and CESAR EUGENIIO RIFFO ("RIFFO") pursuant to Stipulation in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, Southern California Partnership For Jobs Trust Fund (hereinafter collectively "TRUST FUNDS") for unpaid fringe benefit contributions, liquidated damages, audit fees and interest covering the period from January 1, 2017 to April 30, 2021, only. The Judgment against CERCO is entered in favor of the TRUST FUNDS for the principal sum of $76,105.68 and of that amount RIFFO, shall be individually, jointly and severally liable with CERCO for the principal sum of $41,431.41.

**IT IS SO ORDERED.**

Dated:  December 4, 2024

_____
John A. Kronstadt
United States District Judge